UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANNABELLE SUAREZ,

                Plaintiff,                22-CV-10855 (PGG) (OTW)

    -against-                        **ORDER**

NEW YORK COUNTY DISTRICT ATTORNEY'S
OFFICE; NITIN SAVUR; NICOLE ORTSMAN-
DAUER; GEORGE ARGYROS; INA CHEN,

                Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties shall submit a joint status letter one week after the conclusion of mediation in this case, and in any event, no later than **March 24, 2023**. Counsel for Defendants shall file the letter on the docket.

**SO ORDERED.**

Dated: January 27, 2023
      New York, New York

                                         _s/ Ona T. Wang_
                                          **Ona T. Wang**
                                     United States Magistrate Judge