UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNABELLE SUAREZ,

                Plaintiff,

- against -

THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE ET AL,

                Defendants.

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

22 Civ. 10855 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge fo23cvr the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:<br><br>If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose: _____ |
| | | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | X | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>**Motion to Dismiss (Dkt. No. 24)** |
| ☐ | Inquest After Default/ Damages Hearing | | |

Dated: New York, New York
        July 28, 2023

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge