UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
ANNABELLE SUAREZ, :
:
Plaintiff, :  22-CV-10855 (PGG) (OTW)
:
-against- :  **ORDER**
:
NEW YORK COUNTY DISTRICT ATTORNEY'S :
OFFICE; NITIN SAVUR; NICOLE ORTSMAN- :
DAUER; GEORGE ARGYROS; INA CHEN, :
:
Defendants. :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties were directed to file a joint status letter one week after the conclusion of mediation in this case, and in any event, no later than March 24, 2023. (ECF 9). The parties failed to do so and, indeed, nothing on the docket or in Defendants' motion to dismiss indicates that the parties complied with Judge Gardephe's order to mediate. Defendants are directed to file a letter **by Friday, August 4, 2023**, updating the Court on the status of this case. *Pro se* Plaintiff may respond **by Friday, August 18, 2023**.

The Court will hold an in-person status conference in this matter on **Thursday, September 14, 2023 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff, and file proof of service on the docket.

**SO ORDERED.**

                                                     *s/ Ona T. Wang*

Dated: July 31, 2023                                        **Ona T. Wang**
    New York, New York                       United States Magistrate Judge