**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ANNABELLE SUAREZ,

                         Plaintiff,                      22-CV-10855 (PGG) (OTW)

        -against-                           **ORDER**

NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE; NITIN SAVUR; NICOLE ORTSMAN-DAUER; GEORGE ARGYROS; INA CHEN,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 32. *Pro se* Plaintiff's request for a six-week extension to respond to Defendants' Motion to Dismiss (ECF 24) is **GRANTED**. Plaintiff shall file her response **by Friday, September 25, 2023**. This Order does not adjourn the Thursday, September 14, 2023, status conference.

The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: August 17, 2023                                 **Ona T. Wang**
       New York, New York                       United States Magistrate Judge