UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANNABELLE SUAREZ,

                        Plaintiff,

          -against-

NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE; NITIN SAVUR; NICOLE ORTSMAN-DAUER; GEORGE ARGYROS; INA CHEN,

                       Defendants.

------------------------------------------------------------x

22-CV-10855 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on Thursday, September 14, 2023. As discussed at the conference, the parties are directed to proceed with mediation, as ordered by Judge Gardephe on January 26, 2023. (ECF 7). *Pro se* Plaintiff is directed to contact her limited *pro bono* counsel, Ms. Susanne Toes Keane with the NYLAG Clinic for *Pro Se* Litigants, who will represent her during mediation. (*See* ECF 31).

Plaintiff's deadline to file her opposition to Defendant's motion to dismiss is **EXTENDED to Friday, November 17, 2023**. If Plaintiff needs additional time while mediation is proceeding, she is directed to file a request on the docket.

The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: September 14, 2023
New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                United States Magistrate Judge