**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
ANNABELLE SUAREZ,
:
:
                   Plaintiff,  :        22-CV-10855 (PGG) (OTW)
:
    -against-  :        **ORDER**
:
NEW YORK COUNTY DISTRICT ATTORNEY'S  :
OFFICE et al.,
:
:
                  Defendants. :
:
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of *pro se* Plaintiff's letter. (ECF 38). Plaintiff's request for an extension to respond to Defendants' motion to dismiss is **GRANTED**. Plaintiff's response is due **by Friday, January 5, 2024**.

The Court will hold a Pre-Settlement Conference Call on **Tuesday, December 19, 2023 at 12:00 p.m.** Defense counsel is directed to call in at **12:00 p.m.** Plaintiff is directed to call in at **12:30 p.m.** Plaintiff's limited scope counsel for mediation is invited, but not required, to attend. The dial in information is (866) 390-1828, access code 1582687.

The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: November 16, 2023
       New York, New York

                                            *s/ Ona T. Wang*
                                              **Ona T. Wang**
                            United States Magistrate Judge