**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
ANNABELLE SUAREZ,                                        :
:
                       Plaintiff,      :         22-CV-10855 (PGG) (OTW)
:
        -against-                        :           **ORDER**
:
NEW YORK COUNTY DISTRICT ATTORNEY'S                      :
OFFICE et al.,                                          :
:
                 Defendants.       :
:
---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

*Pro se* Plaintiff is directed to provide an email address, **by Tuesday, January 2, 2024,**

where the Court and Defense counsel can reach her to convey a settlement proposal.

The Clerk of Court is directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

                                       *s/ Ona T. Wang*
Dated: December 21, 2023                      **Ona T. Wang**
      New York, New York           United States Magistrate Judge