**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
ANNABELLE SUAREZ,
:
:
      Plaintiff,      :    22-CV-10855 (PGG) (OTW)
:
   -against-        :    **ORDER**
:
NEW YORK COUNTY DISTRICT ATTORNEY'S
:
OFFICE et al.,
:
:
      Defendants.   :
:
:
---------------------------------------------------------------x

  **ONA T. WANG, United States Magistrate Judge:**

  The Court has received an email request from *pro se* Plaintiff for additional time to respond to Defendants' motion to dismiss. (ECF 42). Plaintiff's motion is **GRANTED**. Plaintiff's response is due **by Friday, February 9, 2024**.

  The Clerk of Court is respectfully directed to seal ECF 42 to the Court and parties only, as it contains sensitive medical information from *pro se* Plaintiff. The Clerk of Court is further directed to serve a copy of this Order on *pro se* Plaintiff.

  **SO ORDERED.**

                         *s/ Ona T. Wang*
Dated: January 12, 2024              **Ona T. Wang**
   New York, New York         United States Magistrate Judge