**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
ANNABELLE SUAREZ, :
:
                      Plaintiff, :      22-CV-10855 (PGG) (OTW)
:
      -against- :      **ORDER**
:
NEW YORK COUNTY DISTRICT ATTORNEY'S :
OFFICE et al., :
:
                    Defendants. :
:
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      Plaintiff's time to respond to Defendants' motion to dismiss is **EXTENDED** to **Friday, February 16, 2024**. Defendants' reply is due on **Friday, February 23, 2024**.

      The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

      **SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: February 9, 2024                                **Ona T. Wang**
       New York, New York                  United States Magistrate Judge