April 15, 2024

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Annabelle Suarez v. New York County District Attorney's Office, et al. [:22-cv-10855]
New Extension Request for Plaintiff's Deadline to file an objection to the Magistrate Judge recommendation to dismiss complaint due April 18, 2024. Consideration for new deadline to reflect May 2, 2024.

Dear Judge Gardephe:

I am the Plaintiff in the above-entitled action. I write this letter as a follow up to the previous request for an extension from April 2, 2023 to April 18 2023 to address personal medical issues and to have the opportunity to request and review the cases cited by Magistrate Judge Ona T. Wang in her Report and Recommendation.

Your Honor's Court graciously granted an approval for April 18th. As per Magistrate Judge Ona T. Wang's suggestion, I submitted an official request of the cases cited in Westlaw to the defendant(s) attorney on April 4th, then again on April 9th and April 10th, 2024. Today, the afternoon of April 15th, I am in receipt of said documents.

I respectfully request an extension date of May 2, 2024. As Pro Se litigant, the extension would afford me the time to review the recently acquired material and put forth a legal response worthy of the Courts consideration.

Thank you for your attention to this matter.

Respectfully submitted,

Annabelle Suarez
301 East 66th Street
Apt.#7B
New York, NY 10065

646.707.4606
asuarez@nyc.rr.com