**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANNABELLE SUAREZ,                                            :
                                                            :
                        Plaintiff,                          :        22-CV-10855 (PGG) (OTW)
                                                            :
                     -against-                              :        **SCHEDULING ORDER**
                                                            :
NEW YORK COUNTY DISTRICT ATTORNEY'S                         :
OFFICE, et al.,                                             :
                                                            :
                        Defendants.                         :
                                                            :

-------------------------------------------------------------x

   **ONA T. WANG**, **United States Magistrate Judge**:

   The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, October**

**17, 2024 at 10:00 a.m.**  The dial in information is (866) 390-1828, access code 1582687.


   **SO ORDERED.**


                                                            _s/ Ona T. Wang_____
Dated: October 9, 2024                                      **Ona T. Wang**
       New York, New York                                   United States Magistrate Judge