# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

**MEMO ENDORSED.**

October 15, 2024

VIA ECF
The Honorable Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

      **Re:** *Suarez v. New York County District Attorney's Office et al.*
            <u>Case No.</u>*: 22-CV-10855-PGG-OTW*

Dear Magistrate Judge Wang:

    The undersigned counsel represents Plaintiff Annabelle Suarez in the above-referenced matter. Plaintiff respectfully submits this request with the consent of Defendant's counsel for an adjournment of the Pre-Settlement Conference Scheduling call set forth October 17, 2024 (Docket No. 60), to and including November 15, 2024, or November 22, 2024. The reason for the adjournment is due to counsels' conflicting court deadlines and scheduled depositions for separate matters.

    We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Clela A. Errington*
By: Clela A. Errington, Esq.
39 Broadway, Suite 1540
New York, NY 10006

*Attorney for Plaintiff*

---

**Application GRANTED.** The Preliminary Settlement Conference Call currently scheduled for October 17, 2024 is ADJOURNED to **November 19, 2024, at 3:00 p.m.**

**SO ORDERED.**

_____
Ona T. Wang                    Oct. 16, 2024
U.S.M.J.