**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ANNABELLE SUAREZ,                              :
                                               :
                              Plaintiff,       :       22-CV-10855 (PGG) (OTW)
                                               :
              -against-                        :       ORDER
                                               :
NEW YORK COUNTY DISTRICT ATTORNEY'S            :
OFFICE; NITIN SAVUR; NICOLE ORTSMAN-           :
DAUER; GEORGE ARGYROS; INA CHEN,               :
                                               :
                              Defendants.      :
                                               :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Preliminary Settlement Conference Call in this action on November 19, 2024. The parties are directed to file a joint letter on the docket by **December 13, 2024**, indicating whether they would like to have a follow up conference call.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: November 20, 2024<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |