**MEMO ENDORSED.**

# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

WWW.GODDARDLAWNYC.COM

February 27, 2025

<u>VIA ECF</u>
The Honorable Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:   *Suarez v. New York County District Attorney's Office et al.*
       Case No.: *22-CV-10855-PGG-OTW*

Dear Magistrate Judge Wang:

The undersigned counsel represents Plaintiff Annabelle Suarez in the above-referenced matter. Plaintiff respectfully submits this request with the consent of Defendant's counsel for an adjournment of the Pre-Settlement Conference Scheduling call set forth March 11, 2025 (Docket No. 68). The reason for this request is a conflict in Plaintiff's counsel schedule on this date regarding a separate litigation matter. The parties have conferred and confirmed their availability for the conference on March 17, 2025, March 20, 2025, and March 28, 2025.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan Goddard*
By: Megan S. Goddard, Esq.
39 Broadway, Suite 1540
New York, NY 10006
Megan@goddardlawnyc.com

*Attorney for Plaintiff*

---

**Application GRANTED.  The conference currently scheduled for March 11 is ADJOURNED to March 20, 2025, at 2:00 p.m.**  As noted in the Court's order at ECF 68, only Plaintiff's counsel should attend.

**SO ORDERED.**

_____
Ona T. Wang                    Mar. 3, 2025
U.S.M.J.

1