**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
ANNABELLE SUAREZ,

                         Plaintiff,           22-CV-10855 (PGG) (OTW)

            -against-                  **ORDER**

NEW YORK COUNTY DISTRICT ATTORNEY'S
OFFICE; NITIN SAVUR; NICOLE ORTSMAN-
DAUER; GEORGE ARGYROS; INA CHEN,

                        Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 75.

The conference currently scheduled for April 24, 2025, is **ADJOURNED** to **May 6, 2025, at 11:30 a.m.**.

The parties are directed to meet and confer to discuss whether a motion for leave to amend is necessary and whether they are able to stipulate to Plaintiff amending her complaint. (*See* Fed. R. Civ. P. 15(a)(2)).  The motion to dismiss in this action, which was the subject of the Court's March 24 Order, was responsive to a complaint filed when Plaintiff was proceeding *pro se*.  Plaintiff now has counsel.

The parties are directed to file either (1) a stipulation agreeing to amend the complaint or (2) a joint status letter explaining why they cannot by **Friday, April 11, 2025**.

The Clerk of Court is respectfully directed to close ECF 75.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: April 4, 2025<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |