**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
ANNABELLE SUAREZ,
:
:
                       Plaintiff,
:          22-CV-10855 (PGG) (OTW)
:
            -against-
:          **ORDER**
:
NEW YORK COUNTY DISTRICT ATTORNEY'S
:
OFFICE; NITIN SAVUR; NICOLE ORTSMAN-
:
DAUER; GEORGE ARGYROS; INA CHEN,
:
:
                       Defendants.
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff initiated this action, *pro se*, on December 23, 2022. (ECF 1). On July 26, 2023, Defendants moved to dismiss the complaint. (ECF 24). On March 19, 2024, I issued a Report and Recommendation, recommending that all claims be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), but that leave to amend be granted as to Plaintiff's ADA disability discrimination claim. (ECF 50). On March 24, 2025, Judge Gardephe issued an Opinion and Order, adopting in part my Report and Recommendation, dismissing all but Plaintiff's ADA retaliation claim, and permitting Plaintiff to move to amend as to her ADA disability discrimination claim. (ECF 71).

Since Defendants first moved to dismiss the complaint, Plaintiff has obtained counsel. (ECF Nos. 56, 57). On April 14, 2025, the parties stipulated to Plaintiff amending her complaint, (ECF 80), and on April 25, 2025, Plaintiff filed her First Amended Complaint (ECF 81). No answer has been filed in response to any complaint; no discovery has been initiated in this action; and no Rule 26(f) Report has been entered for the Court's review. (*See generally* Docket).

Accordingly, in an effort to move the case along, the Court scheduled a status conference for April 8, 2025. (ECF 72). Upon the parties' request, the Court adjourned the conference, twice, to May 6, 2025. (ECF Nos. 73, 74, 75, 76). Unfortunately, Defendants' counsel did not appear at the May 6 Conference.

At present, Defendants' deadline to respond to the complaint is sixty days from the date of service of the complaint. (ECF 80). Because Defendants failed to appear at the conference, if Defendants elect to file an answer to the complaint, rather than a motion to dismiss, **the parties' Rule 26(f) Report will be due simultaneously with Defendants' answer**.

The parties are further directed to file a joint status letter on the docket on the last business Friday of each month, beginning **Friday, May 30, 2025**.

**SO ORDERED.**

Dated: May 7, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge