

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ABIGAIL VAPNYAR**
Labor and Employment Law Division
Phone: (212) 356-1177
Email: avapnyar@law.nyc.gov

May 30, 2025

**Via ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20 D
New York, New York 10007

      Re:    Annabelle Suarez v. The New York County District Attorney's Office, et. al.
              Dkt. No. 22-CV-10855 (PGG) (OTW)

Dear Judge Wang:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, for the Defendants in the above-referenced matter. I write on behalf of the parties pursuant to Your Honor's Order dated May 7, 2025, directing the parties to file a joint status letter on the last Friday of each month, beginning May 30, 2025. See ECF Dkt. No. 82.

      On April 25, 2025, Plaintiff filed an Amended Complaint. See ECF Dkt. No. 81. Presently, Defendants are in the process of investigating the claims made in the Amended Complaint in preparation for their response. The Defendants response to Plaintiff's Amended Complaint is due sixty days after the Amended Complaint was served, on June 24, 2025. See ECF Dkt. No. 80.

Respectfully submitted,

*/s/ Abigail Vapnyar*
Abigail Vapnyar
Assistant Corporation Counsel

cc: Clela Errington, Esq. (By ECF)
    Goddard Law, PLLC
    Attorney for Plaintiff
    39 Broadway, Suite 1540
    New York, New York 10006
    (646) 504-8363
    clela@goddardlawnyc.com