UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNABELLE SUAREZ,

Plaintiff,

- against -

NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE,

Defendant.

**ORDER**

22 Civ. 10855 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

As noted at today's conference, the parties are directed to submit a joint letter by **November 9, 2026** stating whether they wish to appear before the assigned Magistrate Judge for a settlement conference, or want the Court to enter a Case Management Plan and embark on discovery.

Dated: New York, New York
November 2, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge